AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court
EASTERN DISTRICT OF WISCONSIN

LARRY H. DUNN, JR.,

        Petitioner,

v.

**JUDGMENT IN A CIVIL CASE**
Case No. 18-C-700

WARDEN JUDY P. SMITH,

        Respondent.

---

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒   **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that that Larry H. Dunn, Jr.'s petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 is GRANTED and that he be released within 90 days of the date of the court's December 31, 2019 Decision and Order unless the State initiates proceedings to retry him.

Approved:      s/ William C. Griesbach
                                    WILLIAM C. GRIESBACH
                                    United States District Judge

Dated: December 31, 2019

                                    STEPHEN C. DRIES
                                    Clerk of Court

                                    s/ Mary T. Fisher
                                    (By) Deputy Clerk